# Transfer of Jurisdiction

Judge Sargus

| | |
|---|---|
| Case Number (Trans. Court) | 3:18-CR-00288-S(05) |
| Case Number (Rec. Court) | 2:22-cr-16 |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| **Luis Fernando Salazar Angeles** | Northern District of Texas | Dallas Division |
| | Name of Sentencing Judge<br>The Honorable Karen Gren Scholer<br>U.S. District Judge | |
| | Dates Of Probation/Supervised Release — From December 2, 2020 — To December 1, 2023 | |

**Offense**
Accessory After the Fact to a Conspiracy to Interfere with Commerce by Robbery, 18 U.S.C. § 3

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas, Dallas Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Southern District of Ohio, Columbus Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/31/22
Date

_/s/ [signature]_
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Southern District of Ohio, Columbus Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/3/2022
Effective Date

s/Edmund A. Sargus, Jr.
U.S. District Judge